IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

FELICIA TRIPPE,                               *

        Plaintiff,                     *

v.                                                        Case No.  5:26-cv-00034-MTT-AGH

                                             *

COMMISSIONER OF SOCIAL SECURITY,

                                           *

        Defendant.                     *

                                           *

## **J U D G M E N T**

Pursuant to this Court's Order dated May 27, 2026, and for the reasons stated therein, JUDGMENT

is hereby entered remanding the decision to the Commissioner pursuant to sentence four of 42 U.S.C. §

405(g).

This 28th day of May, 2026.

                                     David W. Bunt, Clerk


                                     s/ Erin Pettigrew, Deputy Clerk