IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

FELICIA TRIPPE,                                    *

                        Plaintiff,                 *
v.                                                   Case No.  5:26-cv-00034-MTT-AGH
                                                   *
COMMISSIONER OF SOCIAL SECURITY,
                                                   *
                        Defendant.
                                                   *
_____
                                                   *

**J U D G M E N T**

Pursuant to the Order of this Court filed July 11, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $12,750.

This 13th day of July, 2026.

David W. Bunt, Clerk


s/  Erin Pettigrew, Deputy Clerk